# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEITH TODD JACKSON,**

      **Plaintiff,**

**v.**         Case No: 6:14-cv-1997-Orl-18KRS

**MAGICAL CRUISE COMPANY, LIMITED,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR APPROVAL OF PROPOSED RESOLUTION (Doc. No. 35)
>
> **FILED:** March 31, 2016
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Although Plaintiff requests that the Court approve the settlement agreement reached on behalf of his minor child, his motion cites no legal authority establishing the need for or propriety of his request.

It is **ORDERED** that, on or before April 18, 2016, Plaintiff may file a renewed motion for settlement approval. The motion must be accompanied by a memorandum of law identifying the

- 2 -

legal basis for the requested relief (e.g., rule of procedure or statute).   The motion must also show why that relief is warranted under the facts of this case and applicable law.

**DONE** and **ORDERED** in Orlando, Florida on April 4, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE