# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEITH TODD JACKSON,**

      **Plaintiff,**

**v.**                                         **Case No:   6:14-cv-1997-Orl-18KRS**

**MAGICAL CRUISE COMPANY, LIMITED,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S AGREED REVISED MOTION FOR APPROVAL OF SETTLEMENT (Doc. No. 37)** |
| **FILED:** | **April 14, 2016** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The parties' motion for settlement approval and the settlement agreement submitted to this Court present at least two issues that the parties must address. First, in my view, the parties must submit a fully executed copy of the settlement agreement before the Court may conduct its fairness review. The agreement submitted to this Court, however, has not been executed by Defendant. *See* Doc. No. 35-1, at 8. Second, the settlement agreement that has been filed contemplates that it may be subsequently amended by the parties. *Id.* at 5. The Court cannot adequately ensure that the settlement agreement protects the best interests of M.A.J. unless it is in its final form, without the possibility of post-approval extrajudicial modification.

- 2 -

Accordingly, it is **ORDERED** that on or before April 27, 2016, the parties shall file a second renewed motion for settlement approval. That motion, and the attached settlement agreement, should address the issues outlined above.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE