UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH TODD JACKSON,
        Plaintiff,

v.                                   Case No: 6:14-cv-1997-Orl-18KRS

MAGICAL CRUISE COMPANY, LIMITED,
        Defendant.

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Plaintiff Keith Todd Jackson's Agreed Second Revised Motion for Approval of Settlement (Doc. 39). On April 22, 2016, Judge Spaulding entered a Report and Recommendation (Doc. 40) regarding same, to which no objections were filed.

The Court, having reviewed the Report and Recommendation (Doc. 40) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 40) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Keith Todd Jackson's Agreed Second Revised Motion for Approval of Settlement (Doc. 39) is **GRANTED**.

3. The settlement agreement reached by the parties (Doc. 39-1) is **APPROVED**.

4. Plaintiff Keith Todd Jackson is **DIRECTED** to maintain a custodial account for M.A.J. and to deposit the net settlement funds received by M.A.J. into said account, which funds shall thereafter be used and maintained for the sole benefit of M.A.J. until M.A.J. reaches the age of majority.

**DONE AND ORDERED** in Orlando, Florida, this 9 day of May, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record